**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**FRANCES Z. WHEAT, AS PERSONAL**                                                                   **PLAINTIFF**
**REPRESENTATIVE AND FOR/ON BEHALF**
**OF THE ESTATE AND WRONGFUL DEATH**
**BENEFICIARIES OF SARAH KATHERINE**
**WHEAT, DECEASED**

**V.**                                        **CIVIL ACTION NO.: 3:13-CV-00087-SA-DAS**
                                                          **LEAD CASE**

**JOHN HOWARD STRICKLAND, JR.,**
**JOHN HOWARD STRICKLAND and**
**JENNIFER STRICKLAND**                                                                   **DEFENDANTS**

CONSOLIDATED WITH

**FRANCES Z. WHEAT, AS PERSONAL**                                                                   **PLAINTIFF**
**REPRESENTATIVE AND FOR/ON BEHALF**
**OF THE ESTATE AND WRONGFUL DEATH**
**BENEFICIARIES OF JOHN WILLIAM**
**WHEAT, DECEASED**

**V.**                                        **CIVIL ACTION NO.: 3:13-CV-00088-SA-DAS**

**JOHN HOWARD STRICKLAND, JR.,**
**JOHN HOWARD STRICKLAND and**
**JENNIFER STRICKLAND**                                                                   **DEFENDANTS**

**<u>ORDER</u>**

Pursuant to a memorandum opinion issued this day, the Court finds that a genuine issue of

material fact exists with regard to Plaintiff's claim of negligent entrustment and whether Defendants

John Howard Strickland and Jennifer Strickland knew or should have known that John Howard

Strickland, Jr. would use their vehicle in a manner involving an unreasonable risk of harm.

Accordingly, the Court finds that the Stricklands' Motions for Summary Judgment [109, 99] are not

well taken and are DENIED.

SO ORDERED on this, the 6th day of March, 2015.

_/s/ Sharion Aycock_____
UNITED STATES DISTRICT JUDGE