IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**FRANCES Z. WHEAT, AS PERSONAL**                                                        **PLAINTIFF**
**REPRESENTATIVE AND FOR/ON BEHALF**
**OF THE ESTATE AND WRONGFUL DEATH**
**BENEFICIARIES OF SARAH KATHERINE**
**WHEAT, DECEASED**

**V.**                                                **CIVIL ACTION NO.: 3:13-CV-00087-SA-DAS**
                                                                                **LEAD CASE**

**JOHN HOWARD STRICKLAND and**
**JENNIFER STRICKLAND**                                                               **DEFENDANTS**

CONSOLIDATED WITH

**FRANCES Z. WHEAT, AS PERSONAL**                                                      **PLAINTIFF**
**REPRESENTATIVE AND FOR/ON BEHALF**
**OF THE ESTATE AND WRONGFUL DEATH**
**BENEFICIARIES OF JOHN WILLIAM**
**WHEAT, DECEASED**

**V.**                                                **CIVIL ACTION NO.: 3:13-CV-00088-SA-DAS**

**JOHN HOWARD STRICKLAND and**
**JENNIFER STRICKLAND**                                                                 **DEFENDANTS**

**ORDER STAYING ACTION**
**BY REASON OF BANKRUPTCY PENDING**

The Court has received notice of bankruptcy proceedings instituted by Defendants John Howard Strickland and Jennifer Strickland. Therefore, this action is hereby stayed, and the Court retains complete jurisdiction to vacate this order and to reopen the action upon motion of either party advising that the bankruptcy proceedings have been closed and that further litigation in this Court is necessary.

SO ORDERED on this, the 10th day of March, 2015.

                                                                    /s/ Sharion Aycock
                                                                    **UNITED STATES DISTRICT JUDGE**