IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

FRANCES Z. WHEAT, AS PERSONAL                                              PLAINTIFF
REPRESENTATIVE AND FOR/ON BEHALF
OF THE ESTATE AND WRONGFUL DEATH
BENEFICIARIES OF SARAH KATHERINE
WHEAT, DECEASED

V.                                         CIVIL ACTION NO.: 3:13-CV-00087-SA-DAS
                                                     LEAD CASE

JOHN HOWARD STRICKLAND and
JENNIFER STRICKLAND                                                       DEFENDANTS

CONSOLIDATED WITH

FRANCES Z. WHEAT, AS PERSONAL                                              PLAINTIFF
REPRESENTATIVE AND FOR/ON BEHALF
OF THE ESTATE AND WRONGFUL DEATH
BENEFICIARIES OF JOHN WILLIAM
WHEAT, DECEASED

V.                                         CIVIL ACTION NO.: 3:13-CV-00088-SA-DAS

JOHN HOWARD STRICKLAND and
JENNIFER STRICKLAND                                                       DEFENDANTS

## ORDER CANCELLING WRIT

On February 23, 2015 a writ of habeas corpus ad testificandum was issued in the above case to have John Howard Strickland, Jr. delivered to Aberdeen, Mississippi on Monday, March 16, 2015, to be examined and to testify in this cause. This matter has now been stayed as a result of the Court receiving notice of bankruptcy proceedings instituted by Defendants John Howard Strickland and Jennifer Strickland. Accordingly, the writ is hereby cancelled.

SO ORDERED on this, the 13th day of March, 2015.

                                                 /s/ Sharion Aycock
                                                 UNITED STATES DISTRICT JUDGE